UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 4:19-CR-231-1 |
| | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| HORACE HENRY, | ) | |
| Defendant | ) | |

ORDER ON COVID-19 BAIL DECISION
(Doc. 82)

In accordance with the accompanying Memorandum of this date, the Motion for Bail (Doc. 82) is DENIED.

Dated: June 4, 2020

BY THE COURT

*s/William Arbuckle*
William Arbuckle
U.S. Magistrate Judge