IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:19-CR-00231-01 |
| v. | (Chief Judge Brann) |
| HORACE HENRY, | |
| Defendant. | |

### ORDER

AUGUST 29, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Horace Henry's Motion for Abeyance (Doc. 258) is **DENIED** as moot.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge